FILED

12/29/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 22-0646

IN THE MATTER OF:

C.C., Z.C., and K.M., IV,

Youths in Need of Care.

## ORDER

Upon consideration of Appellant Mother's motion to consolidate, and good cause appearing therefore, Appellant's motion is GRANTED and the three causes are hereby consolidated under Cause No. DA 22-0646. The consolidated cause shall be captioned as above.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
December 29 2022